UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KATHLEEN BREEN, et al.,                    )
                                           )
        Plaintiffs,                        )
                                           )
        v.                                 )        Civil Action No. 05-0654 (PLF)
                                           )
ELAINE L. CHAO, SECRETARY OF               )
TRANSPORTATION, DEPARTMENT                 )
OF TRANSPORTATION, et al.,[1]              )
                                           )
        Defendants.                        )
                                           )

ORDER

For the reasons set forth in the Opinion issued this same day, it is hereby

ORDERED that defendants' motion for summary judgment [Dkt. 256] is

GRANTED in part and DENIED in part; it is

FURTHER ORDERED that defendants' motion for summary judgment is

DENIED with respect to plaintiffs' disparate treatment claim under the ADEA, see First

Amended Class Action Complaint ¶ 49; it is

FURTHER ORDERED that defendants' motion for summary judgment is

GRANTED with respect to plaintiffs' disparate impact claim under the ADEA, see First

Amended Class Action Complaint ¶ 50; and it is

_____

[1]     The First Amended Complaint [Dkt. 3] names Norman Y. Mineta, former
Secretary of Transportation, as one of the party defendants.  The Court substitutes his most
recent successor, Elaine L. Chao, pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

FURTHER ORDERED that JUDGMENT is entered for defendants on plaintiffs' disparate impact claim.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN

DATE:  May 26, 2017                                          United States District Judge